**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com

COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALVAREZ, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:19-cv-01681-RFB-DJA <br><br> **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiff Jose Alvarez ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 26, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 21, 2019. The allegations in Plaintiff's Complaint date back to March 2019. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's allegations, any disputes Plaintiff submitted to Trans Union, and Trans Union's investigation of any such disputes.

1

4015766.1

Further, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 4, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 21st day of October 2019.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

 /s/ Jennifer Bergh
**JENNIFER BERGH**
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**PETERS AND ASSOCIATES, LLP**

 /s/ Cam-Tu Dang
**CAM-TU DANG**
Nevada Bar No. 13093
6173 S. Rainbow Blvd.
Las Vegas, NV 89118
Telephone: (702) 818-3888
Facsimile: (702) 583-4940
cam@pandalawfirm.com
***Counsel for Plaintiff***

4015766.1

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __22nd__ day of __October__, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

4015766.1