Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALVAREZ<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; TRANSUNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendants. | Case No.: 2:19-cv-1681-RFB-DJA<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant Equifax Information Services, LLC hereby substitutes Bradley T. Austin, Esq., Address: 3883 Howard Hughes Parkway, Suite 1100; Telephone: (702) 784-5200, as attorney of record in place and stead of Jeremy J. Thompson, Esq., Clark Hill PLLC, 3800 Howard Hughes Parkway, Suite 500, Las Vegas, NV 89169.

DATED: November 11, 2019

Equifax Information Services, LLC

By: [signature]

Its: [signature] Assistant General Counsel

- 1 -

I consent to the above substitution.

DATED: November 11, 2019

_____
Jeremy J. Thompson, Esq.

I am duly admitted to practice in this district.

Above substitution accepted.

DATED: November 11, 2019

_____
Bradley T. Austin, Esq.

Please check one: <u>XXX</u> RETAINED, or ___ APPOINTED BY THE COURT

**APPROVED:**

DATED: 11/13/2019

_____
Daniel J. Albregts
United States Magistrate Judge

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2019, I electronically filed the foregoing **SUBSTITUTION OF COUNSEL** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 11th day of November 2019.

/s/ Lyndsey Luxford
An employee of SNELL & WILMER L.L.P.

4818-2235-9468