1  Youssef H. Hammoud, (CA #321934)
   *(Admitted Pro Hac Vice)*
2  PRICE LAW GROUP, APC
   206 W. 4th St., 3rd Floor
3  Santa Ana, California 92701
   T: (818) 600-5596
4  F: (818) 600-5496
   E: youssef@pricelawgroup.com

   Cam-Tu Dang, (Nevada #13093)
   Peters and Associates, LLP
   6173 S. Rainbow Blvd.
   Las Vegas, Nevada 89118
   T: (702) 818-3888
   F: (702) 583-4940
   E: cam@pandalawfirm.com
   *Attorneys for Plaintiff,*
   *Jose Alvarez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE ALVAREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; TRANSUNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC.,<br><br>　　　　Defendants. | Case No.: 2:19-cv-01681-RFB-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jose Alvarez and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Experian only. The parties have

1

| | |
|---|---|
| 1 | further stipulated that each party shall bear their own attorneys' fees, costs, and |
| 2 | expenses. |

RESPECTFULLY SUBMITTED,

Dated: March 12, 2020

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud, (CA #321934)
*(Admitted Pro Hac Vice)*
PRICE LAW GROUP, APC
206 W. 4th St., 3rd Floor
Santa Ana, California 92701
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Cam-Tu Dang, (Nevada #13093)
Peters and Associates, LLP
6173 S. Rainbow Blvd.
Las Vegas, Nevada 89118
T: (702) 818-3888
F: (702) 583-4940
E: cam@pandalawfirm.com
*Attorneys of Plaintiff,*
*Jose Alvarez*

Dated: March 12, 2020

By: */s/ Katherine A. Neben*
Katherine A. Neben (NBN: 14590)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
T: (949) 553-7560
E: kneben@jonesday.com
*Attorneys for Defendant,*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Lia Ruggeri*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALVAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; TRANSUNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC.,<br><br>    Defendants. | Case No.: 2:19-cv-01681-RFB-DJA<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice as to Experian Information Solutions, Inc. only. The Court has examined the Stipulation for Dismissal with Prejudice as to Experian Information Solutions, Inc. only as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that the above-entitled matter is hereby dismissed with prejudice, as to Experian Information Solutions, Inc. only, with the parties to bear their own attorneys' fees, costs, and expenses.

DATED: March 13, 2020.          By: _____
                                 Hon. Richard F. Boulware, II
                                 United States District Judge