Youssef H. Hammoud, (CA #321934)
*(Admitted Pro Hac Vice)*
PRICE LAW GROUP, APC
206 W. 4th St., 3rd Floor
Santa Ana, California 92701
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Cam-Tu Dang, (Nevada #13093)
Peters and Associates, LLP
6173 S. Rainbow Blvd.
Las Vegas, Nevada 89118
T: (702) 818-3888
F: (702) 583-4940
E: cam@pandalawfirm.com
*Attorneys for Plaintiff,
Jose Alvarez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE ALVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; TRANSUNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC.,<br><br>Defendants. | Case No.: 2:19-cv-01681-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC, ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jose Alvarez ("Plaintiff") and Defendant Equifax information Services LLC ("Defendant"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax

1

Information Services LLC, only. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

RESPECTFULLY SUBMITTED,

DATED: April 8, 2020

**PRICE LAW GROUP, APC**

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud, (CA #321934)
*(Admitted Pro Hac Vice)*
PRICE LAW GROUP, APC
206 W. 4th St., 3rd Floor
Santa Ana, California 92701
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Cam-Tu Dang, (Nevada #13093)
Peters and Associates, LLP
6173 S. Rainbow Blvd.
Las Vegas, Nevada 89118
T: (702) 818-3888
F: (702) 583-4940
E: cam@pandalawfirm.com
*Attorneys for Plaintiff,
Jose Alvarez*

DATED: April 8, 2020

**SNELL & WILMER L.L.P.**

By: */s/ Bradley T. Austin*
Bradley T. Austin (Nevada #13064)
SNELL & WILMER L.L.P.
3882 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
T: (702) 784-5200
F: (702) 784-5252
E: baustin@swlaw.com
*Attorneys for Defendant,
Equifax Information Services LLC*

**IT IS SO ORDERED**

_____
Hon. Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE

DATED:  April 8, 2020.

- 2 -

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Lia Ruggeri*