Youssef H. Hammoud, (CA #321934)
*(Admitted Pro Hac Vice)*
PRICE LAW GROUP, APC
206 W. 4th St., 3rd Floor
Santa Ana, California 92701
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Cam-Tu Dang, (Nevada #13093)
Peters and Associates, LLP
6173 S. Rainbow Blvd.
Las Vegas, Nevada 89118
T: (702) 818-3888
F: (702) 583-4940
E: cam@pandalawfirm.com
*Attorneys for Plaintiff,
Jose Alvarez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALVAREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; TRANSUNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC.,<br><br>　　　　Defendants. | Case No.: 2:19-cv-01681-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANSUNION LLC, ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jose Alvarez ("Plaintiff") and Defendant TransUnion LLC ("Defendant"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant TransUnion LLC,

1

only. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

RESPECTFULLY SUBMITTED,

DATED: April 10, 2020

**PRICE LAW GROUP, APC**

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud, (CA #321934)
*(Admitted Pro Hac Vice)*
PRICE LAW GROUP, APC
206 W. 4th St., 3rd Floor
Santa Ana, California 92701
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Cam-Tu Dang, (Nevada #13093)
Peters and Associates, LLP
6173 S. Rainbow Blvd.
Las Vegas, Nevada 89118
T: (702) 818-3888
F: (702) 583-4940
E: cam@pandalawfirm.com
*Attorneys for Plaintiff,*
*Jose Alvarez*

DATED: April 10, 2020

**QUILLING SELANDAR LOWNDS WINSLETT & MOSER, P.C.**

By: */s/ Jennifer Bergh*
Jennifer Bergh (Nevada #14480)
QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
T: (214) 560-5460
F: (214) 871-2111
E: jbergh@qslwm.com
*Attorneys for Defendant,*
*TransUnion LLC*

**IT IS SO ORDERED.**

_____
Hon. Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE

DATED:  April 10, 2020.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Lia Ruggeri*