ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE ALVAREZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A. ("BANA"); TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:19-cv-01681-RFB-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq., is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Akerman LLP continues to serve as counsel for Bank of America, N.A in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Melanie D. Morgan, Esq., and Jamie K. Combs, Esq.

DATED this 12th day of June, 2020

**AKERMAN LLP**

/s/ *Melanie D. Morgan*_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: June 16, 2020

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:19-cv-01681-RFB-DJA

2