MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan @akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALVAREZ, individually, | Case No.: 2:19-cv-01681-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| BANK OF AMERICA N.A. ("BANA"); TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Jose Alvarez and Bank of America, N.A. (**BANA**), by and through undersigned counsel of record, pursuant to the parties' settlement agreement, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2).

…

…

…

…

…

…

…

…

…

1

54996625;1

Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

**IT IS SO STIPULATED.**

DATED this 23rd day of October, 2020.                DATED this 23rd day of October, 2020.

**AKERMAN LLP**

| | |
|---|---|
| */s/ Jamie K. Combs* | */s/ Youssef H. Hammoud* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A.* | CAM-TU DANG, ESQ.<br>Nevada Bar No. 13093<br>**PETERS AND ASSOCIATES, LLP**<br>6173 S Rainbow Blvd.<br>Las Vegas, Nevada 89118<br><br>YOUSSEF H. HAMMOUD, ESQ.<br>California Bar No. 321934<br>**PRICE LAW GROUP**<br>406 W. 4th Street, 3rd Floor<br>Santa Ana, California 92701<br><br>*Attorneys for Jose Alvarez* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  26th day of October, 2020.

2

54996625;1